UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH COMER-BECKETT, | ) | CIV. 08-5002-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | MOTION TO DISMISS |
| RAM MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Defendant moves to dismiss for lack of jurisdiction. Plaintiff does not oppose a dismissal without prejudice, with each party responsible for its own respective costs and fees, of the above-referenced action pursuant to Fed. R. Civ. P. 41(b) on the grounds that this court lacks jurisdiction over plaintiff's claims. Good cause appearing, it is hereby

ORDERED that the motion to dismiss (Docket 6) is granted. This case is dismissed without prejudice, with each party responsible for its own respective costs and fees.

Dated March 24, 2008.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE